

### ORDER

PER CURIAM.

AND NOW, this 4th day of April 2007, the Petition for Allowance of Appeal is GRANTED and the judgment of sentence is VACATED in light of our decision in *Commonwealth v. Shiffler*, 583 Pa. 478, 879 A.2d 185 (2005) and this matter is REMANDED with directions that the trial court hold a new sentencing hearing, and resentence Petitioner accordingly.

Justice CASTILLE, Justice EAKIN (dissenting).

Because I find the Petitioner has not previously raised the issue on which relief is being granted, I dissent.

Justice FITZGERALD, III, did not participate in the consideration or decision of this matter.

### ORDER

PER CURIAM.

The Petition for Allowance of Appeal is hereby GRANTED and the Order of the Commonwealth Court is REVERSED. See *McGrory v. Department of Transportation, Bureau of Driver Licensing,* —— Pa. ——, 915 A.2d 1155 (2007).

Justice FITZGERALD did not participate in the consideration or decision of this matter.

■

**Deanna Rae STONE, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

April 10, 2007.

■

**Victor M. SACKETT and Diana L. Sackett, Appellants,**

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 13, 2006.

Decided April 17, 2007.

